# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157724 & (17)

MYRA MARIAM HERMIZ,
      Plaintiff-Appellee,

and

VHS OF MICHIGAN, INC., d/b/a
DETROIT MEDICAL CENTER,
      Intervenor-Appellant,

v

CITIZENS INSURANCE COMPANY OF
AMERICA and ERIC PIERRE McGEE,
      Defendants-Appellees.

SC: 157724
COA: 342189
Wayne CC: 17-005790-NI

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 27, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018



s0522

Clerk